No. D–1951. IN RE DISBARMENT OF BREEZE. Robert A. Breeze, of San Diego, Cal., is suspended from the practice of law

in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.